**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| EMILY IBARRA,<br><br>            Plaintiff,<br><br>   v.<br><br>ACCOUNT MANAGEMENT SERVICES, INC.,<br><br>            Defendant. | Case No. SACV 15-0509 AG (JCGx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiff.

Dated February 22, 2016

                                                  Hon. Andrew J. Guilford
                                                  United States District Judge

JUDGMENT