Douglas B. Vanderpool, Esq. (SBN 162857)
Heather A. Tovar, Esq. (SBN 237004)
THE VANDERPOOL LAW FIRM
330 Main Street, Suite 203
Seal Beach, CA 90740
Tel: 562.431.6900; Fax: 714.276.0558
doug@vanderpool-law.com
heather@vanderpool-law.com

Attorneys for Defendant
Account Management Services, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY IBARRA,<br><br>    Plaintiff,<br><br>v.<br><br>ACCOUNT MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No.: 8:15-cv-509 AG ((JCGx)<br>Assigned for All Purposes to the<br>Hon. Andrew Guilford<br>Dept. 10D<br><br>**AMENDED JUDGMENT** |

1     The Court hereby amends the Judgment entered on February 22, 2016 in
2 favor of Defendant Account Management Services, Inc. and against Plaintiff Emily
3 Ibarra as follows:
4     The Court enters Judgment in favor of Defendant and against Plaintiff.
5 Defendant is entitled to attorneys' fees in the amount of $16,597.50.

Dated: APRIL 25, 2016

Hon. Andrew Guilford
UNITED STATES DISTRICT COURT JUDGE